UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ANTHONY BELLANTI, | |
| Petitioner, | |
| v. | CAUSE NO. 3:25-CV-562-DRL-SJF |
| WARDEN, | |
| Respondent. | |

OPINION AND ORDER

Anthony Bellanti, a prisoner without a lawyer, filed a habeas petition challenging a disciplinary decision (ISP-24-10-2562) at the Indiana State Prison. According to the petition, a disciplinary hearing officer (DHO) found him guilty of improper placement of fecal matter in violation of Indiana Department of Correction Offense 123, and he was sanctioned with a loss of earned credit time and a demotion in credit class.

In the pending motion to dismiss, the Warden argues that this case is moot because Mr. Bellanti's sanctions did not include a loss of earned credit time or a demotion in credit class, so it did not affect the duration of his sentence. ECF 8. The Warden supports this argument with a hearing report and sentence calculation printouts. ECF 8-8, ECF 8-10. Consequently, the court finds that the claims raised in the petition are moot. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement). Therefore, the court grants the motion and dismisses the habeas petition.

If Mr. Bellanti wants to appeal this decision, he does not need a certificate of appealability because he is challenging a prison disciplinary proceeding. *See Evans v. Circuit Court*, 569 F.3d 665, 666 (7th Cir. 2009). However, he may not proceed *in forma pauperis* on appeal because the court finds that an appeal pursuant to 28 U.S.C. § 1915(a)(3) that an appeal in this case could not be taken in good faith.

For these reasons, the court:

(1) GRANTS the motion to dismiss (ECF 8);

(2) DIRECTS the clerk to enter judgment and to close this case; and

(3) DENIES Anthony Bellanti leave to proceed *in forma pauperis* on appeal.

SO ORDERED.

November 17, 2025                    *s/ Damon R. Leichty*
                                     Judge, United States District Court